FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 JUL 15 AM 11: 14
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CLARENCE REDMOND LOGUE, JR., )
)
    Petitioner, )
)
v. ) Case No. CV410-286
)
SHERIFF AL ST. LAWRENCE, et al., )
)
    Respondents. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13th day of July, 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA